# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY,<br><br>  Plaintiff,<br><br>  v.<br><br>W. PALMER, et al.,<br><br>  Defendants. | Case No. 1:23-cv-00463-JLT-SAB<br><br>ORDER CLOSING ACTION IN LIGHT OF VOLUNTARY DISMISSAL<br><br>(Docs. 1, 8, 9) |

Plaintiff Sean Jeffrey Richson-Bey ("Plaintiff"), a California state prisoner (T-18961) proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on March 27, 2023. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On June 29, 2023, the magistrate judge issued findings and recommendations, recommending that this action be dismissed, without prejudice, as frivolous and for failure to state a claim. (Doc. 8.) Plaintiff was granted twenty-one days in which to file objections to the findings and recommendations. Instead of filing objections, Plaintiff filed a "motion to dismiss," (Doc. 9 ), which the Court construes as a request for voluntary dismissal pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i). This operates to dismiss the case without prejudice without further Court approval.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __**July 26, 2023**__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE